UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD SERVILLO,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No. 2:20-cv-130-JLB-NPM

SOLA MEDI SPA, LLC, a Florida limited
liability company,

    Defendant.
_____/

## **ORDER**

The Magistrate Judge filed a Report and Recommendation ("R&R") in this matter on July 13, 2021 (Doc. 23), recommending that Plaintiff Richard Servillo's motion for default judgment (Doc. 12) be granted as to damages, and that Mr. Servillo should be awarded $39,730 ($17,865 in back pay, $2,000 in non-economic damages, and $19,865 in punitive damages). No objections have been filed.[1]

A district judge may accept, reject, or modify the magistrate judge's R&R. 28 U.S.C. § 636(b)(1). The factual findings in the R&R need not be reviewed de novo in the absence of an objection, but legal conclusions are always reviewed de novo. Id.; Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993). After an independent review of the record—and noting that no objections have been filed—the Court agrees with the well-reasoned R&R and grants Mr. Servillo's motion as to damages.

---

[1] Mr. Servillo's motion was previously granted as to liability, but the Court reserved ruling on damages. (Doc. 13.)

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 23) is **ADOPTED**, and Mr. Servillo's motion for default judgment (Doc. 12) is **GRANTED** as to damages.

2. The Clerk of Court is **DIRECTED** to enter final judgment in favor of Mr. Servillo in the amount of **$39,730** and close the file.

**ORDERED** in Fort Myers, Florida, on June 28, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE